UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

DAVID A. HUMISTON, JR.,

    Plaintiff,

    v.    Case No. 16-C-0974

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

## ORDER FOR REMAND PURSUANT TO SENTENCE FOUR

This matter coming before the court on an agreed stipulation, and the court being fully informed,

IT IS ORDERED that the Commissioner's decision is remanded for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). On judicial remand, the Appeals Council will instruct an Administrative Law Judge to offer plaintiff an opportunity for a hearing and issue a new decision that reevaluates the medical opinions of record, plaintiff's residual functional capacity, and plaintiff's symptoms.

Dated at Milwaukee, Wisconsin, this 19th day of January, 2017.

                        BY THE COURT:

                        /s/ C. N. Clevert, Jr.
                        C. N. Clevert, Jr.
                        U.S. District Judge